# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| PNC BANK NATIONAL ASSOCIATION | : No. 63 MM 2014 |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| JENNIFER GANTT, MICHAEL MANBECK, UNNAMED CHILDREN | : |
| | : |
| | : |
| PETITION OF: JENNIFER GANTT AND MICHAEL MANBECK | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.